UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAKA GILBERT, | No. 2:17-cv-0708-EFB P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, | |
| Defendant. | |

Plaintiff is civilly committed and proceeding without counsel in civil action. Plaintiff has submitted an application for leave to proceed in forma pauperis, but has failed to properly respond to all of the questions asked therein, specifically, question numbers three and four. Accordingly, the request (ECF No. 2) is denied without prejudice to filing a properly completed application for leave to proceed in forma pauperis within thirty (30) days. The Clerk of the court is directed to send to plaintiff a new form Application to Proceed In Forma Pauperis. Failure to comply with this order may result in dismissal of this action.

So ordered.

DATED: April 10, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE